No. 78–707.   Atkins v. Louisiana, 441 U. S. 927;

No. 78–1385.   Lebowitz v. Florida, 441 U. S. 932;

No. 78–1473.   Packard v. City of Vallejo, 441 U. S. 933;

No. 78–6316.   Gibson v. Louisiana, 441 U. S. 926; and

No. 78–6425.   Gordon v. United States, 441 U. S. 936.
Petitions for rehearing denied.

No. 78–1236.   Arnold et ux. v. Johnson et al., 440 U. S. 981; and

No. 78–6082.   Thornton v. United States, 440 U. S. 983.   Motions for leave to file petitions for rehearing denied. Mr. Justice Powell took no part in the consideration or decision of these motions.

## June 18, 1979

No. 78–1527.   Luna v. Secretary of Health, Education, and Welfare.   Appeal from C. A. 1st Cir. dismissed for want of substantial federal question.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–6409.   Bello v. Texas.   Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–1546.   Montana Contractors' Assn. et al. v. Kreps, Secretary of Commerce, et al.   Appeal from D. C. Mont. dismissed for want of jurisdiction.

No. 78–1626.   Rosenbaum v. Rosenbaum.   Appeal from App. Ct. Ill., 1st Dist., dismissed for want of substantial federal question.